UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    *Plaintiff,*

CASE NO: 5:22-CR-84

vs.

HENRY WADE,
    *Defendant.*
_____/

## MOTION TO WITHDRAW

The below signed Counsel moves to withdraw as attorney for Defendant HENRY WADE, and as a basis states the following:

1. Client, Henry Wade has retained Attorney Paul Petruzzi to take over as counsel on this matter.
2. On October 3, 2023 Attorney Paul Petruzzi filed his Notice of Appearance.
3. Client, Henry Wade has no objection to this Motion to Withdraw as Counsel.

WHEREFORE, the below signed Counsel moves to withdraw as attorney for Henry Wade.

### Certificate of Service

I HEREBY CERTIFY that on the 4th day of October 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney.

Respectfully submitted,

*/s/Benjamin R. Stechschulte*
Benjamin R. Stechschulte, Esq.
Florida Bar No. 13984
Board Certified Criminal Trial Attorney, BCS
1105 W. Swann Ave.
Tampa, FL 33606
Telephone (813) 280 1244
Email: ben@tpatrialattorneys.com